**Order filed June 25, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00168-CV
_____

### KAMAL KADI, Appellant

V.

### AUTUMN CHACE HOMEOWNER'S ASSOCIATION, INC. & CREATIVE MANAGEMENT COMPANY, Appellees

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1050834**

---

## ORDER

The notice of appeal in this case was filed February 26, 2015. A partial clerk's record was filed April 6, 2015. The record reflects appellant filed an affidavit to proceed without advance payment of costs on appeal. On March 31, 2015, the trial court signed an order sustaining a contest to appellant's claim of indigence. The order recites "Kamal Kadi agree [sic] to pay all cost by 5/29/15."

This court extended the time allowed for payment of the filing fee and the clerk's record. The clerk's record has been filed but the filing fees have not been paid. On June 3, 2015, appellant was notified the filing fee had not been paid. On June 8, 2015, appellant filed "PROOF OF INDIGENCE."

Texas Rule of Appellate Procedure 20.1 governs the procedures to establish indigence on appeal. *See* Tex. R. App. P. 20.1. The rule requires a party claiming indigence who seeks review of the trial court's order sustaining a contest to file his challenge "within 10 days after the order sustaining the contest is signed, or within 10 days after the notice of appeal is filed, whichever is later." Tex. R. App. P. 20.1(j)(2). Appellant did not challenge the trial court's order sustaining the contest to his claim of indigence.

Accordingly, appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before July 10, 2015. *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.